SHOOK, HARDY & BACON L.L.P.
Amir Nassihi (SBN 235936)
anassihi@shb.com
One Montgomery, Suite 2700
San Francisco, California 94104-4505
Tel: 415.544.1900 | Fax: 415.391.0281

Attorneys for Defendant
NISSAN NORTH AMERICA, INC.

FINKELSTEIN & KRINSK LLP
Jeffrey R. Krinsk (SBN 109234)
jrk@classactionlaw.com
Trenton R. Kashima (SBN 291405)
trk@classactionlaw.com
550 West C. St., Suite 1760
San Diego, California 94101
Telephone: (619) 238-1333
Facsimile: (619) 238-5425

Attorneys for Plaintiffs
JANELLE HORNE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JANELLE HORNE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC., NISSAN MOTOR CO., LTD.<br><br>Defendants. | Case No. 2:17-cv-00436-MCE-DB<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |

This Stipulation is entered into by and between Plaintiff Janelle Horne and Defendant Nissan North America, Inc. ("NNA") (collectively, the "Parties"), by and through their respective counsel, with reference to the following facts and recitals:

1. On January 4, 2017, Plaintiff filed the Complaint in this action in the Superior Court of the State of California in and for the County of Solano.

2. On February 27, 2017, NNA filed a Notice of Removal to this Court. (Dkt. 1)

3. Based on Plaintiff's mailing of the complaint, NNA's deadline to respond was originally April 3, 2017.

4. Parties previously submitted a stipulation to extend NNA's time to respond by 21 days. As a result, NNA's response to the Complaint is currently due on April 24, 2017. (Dkt. 6)

5. Pursuant to Local Rule 144, NNA requested and Plaintiff consented to an additional 7-day extension of time for NNA to respond to the Complaint. The total extension, to respond to the complaint, which includes the prior stipulated extension, is a total of 28 days.

6. Good cause exists for this request as Counsel for NNA has had a number of other obligations, including appellate and trial court briefing, an appellate argument, and lengthy travel obligations.

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, that NNA shall have an additional 7 days to respond to Plaintiff's complaint, up to and including **May 1, 2017** in which to answer, move, or respond to the Complaint.

Dated: April 14, 2017          SHOOK, HARDY & BACON L.L.P.

                               By:   */s/ Amir Nassihi*
                                     Amir Nassihi

                               Attorneys for Defendant
                               NISSAN NORTH AMERICA, INC.


Dated: April 14, 2017          FINKELSTEIN & KRINSK LLP

                               By:   */s/ Trenton Kashima* (as authorized on 4/14/17)
                                     Trenton Kashima

                               Attorneys for Plaintiff
                               JANELLE HORNE

///

///

**ORDER**

Pursuant to the parties' Stipulation, the deadline for NNA to respond to Plaintiff's Complaint is May 1, 2017.

IT IS SO ORDERED.

Dated: April 18, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE