**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JANELLE HORNE**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>**NISSAN NORTH AMERICA, INC.**, a Delaware corporation and **NISSAN MOTOR CO., LTD.**, a Delaware corporation,<br><br>Defendants. | Case No: 2:17-cv-00436-MCE-DB<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME AND STIPULATED BRIEFING** |

This matter, having come before the Court upon a Joint Motion and upon a showing of good cause, is GRANTED. The following schedule is approved for the parties' briefing schedules in regards to Defendant's Motion to Dismiss and the Motion to Transfer it anticipates filing by August 16, 2017:

- 1 -

ORDER GRANTING PARTIES' JOINT MOTION FOR EXTENSION OF TIME AND STIPULATED BRIEFING

Case No. 2:17-cv-00436

- Plaintiff's due date for Opposition to Defendant Nissan North America's pending Motion to Dismiss: September 7, 2017.
- Plaintiff's due date for Opposition to Defendant Nissan North America's Motion to Transfer: September 7, 2017.
- Defendant Nissan North America's due date for Reply to Plaintiff's Opposition to the Motion to Dismiss: September 29, 2017.
- Defendant Nissan North America's due date for Reply to Plaintiff's Opposition to the Motion to Transfer: September 29, 2017.

The hearing on Nissan North America's Motion to Dismiss is continued from September 7, 2017 to October 19, 2017 at 2:00 p.m. To the extent a Motion to Transfer and/or Stay is filed, that motion shall also be set for October 19, 2017 at 2:00 p.m.

IT IS SO ORDERED.

Dated: August 10, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE