SHOOK, HARDY & BACON L.L.P.
Amir Nassihi (SBN 235936)
anassihi@shb.com
One Montgomery, Suite 2700
San Francisco, California 94104-4505
Tel: 415.544.1900 | Fax: 415.391.0281

Attorneys for Defendant
NISSAN NORTH AMERICA, INC.

FINKELSTEIN & KRINSK LLP
Jeffrey R. Krinsk (SBN 109234)
jrk@classactionlaw.com
Lauren R. Presser (SBN 292497)
lrp@classactionlaw.com
550 West C. St., Suite 1760
San Diego, California 94101
Tel: 619.238.1333 | Fax: 619.238.5425

Attorneys for Plaintiffs
JANELLE HORNE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JANELLE HORNE, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>NISSAN NORTH AMERICA, INC., NISSAN MOTOR CO., LTD.<br><br>    Defendants. | Case No. 2:17-cv-00436-MCE-DB<br><br>**STIPULATION AND ORDER TO CONTINUE DISCOVERY CUT-OFF AND OTHER PRETRIAL DEADLINES** |

This Stipulation is entered into by and between Plaintiff Janelle Horne and Defendant Nissan North America, Inc. ("NNA") (collectively, the "Parties"),[1] by and through their respective counsel, with reference to the following facts and recitals:

_____

[1] Defendant Nissan Motor Co. Ltd. ("NML") has not yet appeared and undersigned counsel solely represents NNA, not NML.

1.     On August 16, 2017, NNA filed its Motion to Transfer, or in the alternative, to Stay Proceedings. (Dkt. 19);

2.     Plaintiff filed her Oppositions to these motions on September 7, 2017. (Dkt. 21 and 22);

3.     On September 29, 2017, NNA filed its Reply Briefs in support of its Motions to Dismiss and Transfer. (Dkt. 25 and 26);

4.     On October 16, 2017, the court vacated the hearing date on NNA's Motion to Dismiss and Motion to Transfer. (Dkt. 29)

5.     The Initial Pretrial Scheduling Order (Dkt. 5) currently contemplates the following deadlines:

| Event | Current Deadline |
|---|---|
| Fact Discovery Cut-Off | February 27, 2018 |
| Expert Witness Disclosures Due | April 30, 2018 |
| Rebuttal Expert Disclosures Due | May 30, 2018 |
| Dispositive Motions Due | August 27, 2018 |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, that the deadlines set forth above shall be continued and shift to begin starting six months from the date of the court's rulings on NNA's Motion to Dismiss and Motion to Transfer.

Dated: January 9, 2018                    SHOOK, HARDY & BACON L.L.P.

                                          By:    */s/ Amir Nassihi*
                                                 Amir Nassihi

                                          Attorneys for Defendant
                                          NISSAN NORTH AMERICA, INC.


Dated: January 9, 2018                    FINKELSTEIN & KRINSK LLP

                                          By:   */s/ Lauren R. Presser* (as authorized on 1/9/18)
                                                Lauren R. Presser

                                          Attorneys for Plaintiff
                                          JANELLE HORNE

**ORDER**

The parties' above-referenced stipulation is hereby GRANTED. The parties shall submit another proposed order reflecting the new discovery deadlines after the ruling on NNA's Motion to Dismiss and Motion to Transfer is issued.

**IT IS SO ORDERED.**

**Dated:  January 10, 2018**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE